**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YEN H. DANG,

        Plaintiff,

    v.

OAKLAND POLICE DEPARTMENT,
et seq.,

        Defendants.
_____/

No. C 13-4155 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF YEN H. DANG:

    YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than February 21, 2014, why the following defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve:  Hadi R. Seyed-Ali; Miles, Bauer, Bergstrom & Winters, LLP; Wilbur Ross, Jr.; Caesar Eric Railey; and Nationwide Legal LLC.

    The complaint in the above-entitled action was filed on September 9, 2013.  Under Rule 4(m), the summons and complaint is required to be served within 120 days of the filing of the complaint. To date, the listed defendants have not entered an appearance.  No later than February 21, 2014, plaintiff shall file a proof of service, showing service of the summons and complaint on these defendants on or before January 12, 2014.  If the proof of service is not filed as ordered, these defendants will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  February 7, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge