UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YEN H. DANG,

    Plaintiff,

    v.

OAKLAND POLICE DEPARTMENT, et al.,

    Defendants.
_____/

No. C 13-4155 PJH

**ORDER**

Plaintiff having failed to obtain leave of court to file supplementary material after defendants City of Oakland and Alameda County Sheriff's Office filed the reply briefs in support of their motions to dismiss, <u>see</u> Civ. L.R. 7-3(d), plaintiff's sur-replies (Docs. 54 and 57) are hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: February 12, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge