Yen Dang
6548 Foothill Blvd
Oakland, CA 94605
Plaintiff, *In Propria Persona*



FILED
MAR 2 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

YEN H. DANG,

    Plaintiff, *In Propria Persona*

    v.

OAKLAND POLICE DEPARTMENT, ET AL

    Defendant(s)

CASE №: C 13-4155 PJH

VOLUNTARY DISMISSAL OF THIS INSTANT CASE AND ORDER

NOW COMES YEN DANG, Plaintiff, *In Propria Persona*, and herein voluntarily dismisses the case against all defendants without prejudice, not otherwise dismissed by this court with prejudice.

Code requirements and reasonableness do not always go hand in hand, which is very unfortunate. The government agencies that were supposed to protect its citizens from unfair and unjust treatment are more often disregarded under the shield of code requirements. It does not matter whether Plaintiff's tools of trade were locked up to prevent its ability to generate income or that an elderly under medical care is prevented from access to much needed medication so long as the code requirement or the law prevails.

Plaintiff understands that justice in this court system is expensive and can only be enjoyed by those that can afford to leverage time and money. Plaintiff has lost both.

1

Dated this 25 day of March, 2014

_____
Yen Dang, Plaintiff, *In Propria Persona*

3/26/14     

# CERTIFICATE OF SERVICE

I, Celia Salazar, under penalty of perjury, in the State of California, do hereby state:

1. That I am over the age of 18;

2. That my business address is 39039 Paseo Padre Parkway, Fremont CA 94538

2. That I am not a party to this lawsuit;

3. That I have served the Voluntary Dismissal of this Instant Case document to the Defendants listed below by placing them in a sealed envelope postage paid and deposited the same at the Fremont postal station.

a) Barbara J. Parker, City Attorney, One Frank H. Ogawa, 6th Floor, Oakland, CA 94612
b) Mark Joseph Kenney, Severson & Werson, One Embarcadero Center, Ste 2600, San Francisco, CA 94111
c) Leonard P. Mastromonaco, Mastromonaco Real Property Law, 595 Market Street, Ste 1150, San Francisco, CA 94105

Signed this 25th day of March, 2014

CELIA SALAZAR